# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HARRIS, | CASE NO. 06CV1768-BEN (POR) |
| Petitioner, | ORDER TRANSFERRING CASE TO THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT |
| vs. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Respondents. | |

Pursuant to Public Law 109-13 ("the Real ID Act of 2005"), this case in its entirety is transferred to the United States Court of Appeals for the Ninth Circuit for all further proceedings.

**IT IS SO ORDERED.**

DATED:  August 27, 2007

_____
Hon. Roger T. Benitez
United States District Judge